Larson v. Chicago City Railway Co., 209 Ill. App. 531.

## Maria A. Larson, Appellee, v. Chicago City Railway Company, Appellant.

### Gen. No. 23,930.   (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. LOCK-WOOD HONORE, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed March 5, 1918. Rehearing denied March 18, 1918.

### Statement of the Case.

Action by Maria A. Larson, plaintiff, against Chicago City Railway Company, defendant, to recover for personal injuries alleged to have been received in alighting from defendant's street car by reason of defendant's negligence in stopping its car at a dangerous and unsafe place. From a judgment for plaintiff for $1,000, defendant appeals.

WILLIAM H. SYMMES and FRANK L. KRIETE, for appellant; JOHN R. GUILLIAMS and C. C. CUNNINGHAM, of counsel.

C. HELMER JOHNSON and STEDMAN & SOELKE, for appellee; JAMES D. POWER, of counsel.

MR. JUSTICE DEVER delivered the opinion of the court.

Colonial Tr. & Sav. Bk. v. Sandoval Zinc Co., 209 Ill. App. 532.

## Abstract of the Decision.

CARRIERS, § 476*—*when evidence supports verdict for plaintiff in action for injuries received in alighting from car.* In an action against a street railway company to recover for injuries received by a passenger in alighting from the car, evidence examined and, though conflicting, *held* to be sufficient to support a verdict for plaintiff.